# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ROGELIO CASAS-MONTEJANO,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC HOLDER JR., Attorney General, the United States of America, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv-00670-LJO-SKO<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

On July 12, 2011, Plaintiff Hector Rogelio Casas-Montejano ("Plaintiff") emailed a request to the Court to file documents under seal. Plaintiff, however, failed to comply with Local Rule 141.

Local Rule 141(a) addresses the general principles of sealing documents and states in pertinent part:

> To ensure that documents are properly sealed, specific requests to seal must be made even if an existing protective order, statute, or rule requires or permits the sealing of the publicly available case file. Notice that a request to seal has been made will typically be filed in the publicly available case file. Unless the Court orders otherwise, court orders sealing documents will also be filed in the publicly available case file and will not reveal the sealed information.

Additionally, requests to seal are controlled under Local Rule 141(b). While Plaintiff correctly e-mailed Magistrate Judge Oberto the proposed orders and other documents, Plaintiff

failed to comply with the following requirements:

> [T]he 'Notice of Request to Seal Documents' shall be filed electronically. . . . The Notice shall describe generally the documents sought to be sealed, the basis for sealing, the manner in which the 'Request to Seal Documents,' proposed order, and the documents themselves were submitted to the Court, and whether the Request, proposed order, and the documents were served on all other parties.

Local Rule 141(b).

Accordingly, the request to file documents under seal is DENIED.


IT IS SO ORDERED.

**Dated:   July 15, 2011**                             /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE