TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
HANS H. CHEN
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 307-4469
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR ROGELIO CASAS-MONTEJANO, <br><br> Plaintiff, <br><br> v. <br><br> ERIC HOLDER, JR., et al., <br><br> Defendants. | No. 1:11-cv-670 LJO SKO <br><br> JOINT STIPULATION RE: EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER |

 This is an immigration case in which plaintiff brings various challenges to his prior plea agreement, a collateral challenge to his current criminal proceedings, an injunction against his future removal, and attorney's fees. Plaintiff has filed a motion for a temporary restraining order, currently set for August 24, 2011. The government respectfully requests an additional 14 days, until August 17, 2011, in which to file an answer or other dispositive pleading. Plaintiff does not oppose this request.

 The parties also request that the August 24, 2011, temporary restraining order hearing be reset to September 14, 2011, so that any dispositive motion the government might file can be noticed for that date as well. The parties would then follow the briefing schedule set forth in Local Rule 230(b), with oppositions to the motions due on August 31, 2011.

 The parties finally request that the status conference, currently set for September 8, 2011, be reset to some time after the hearing date for the temporary restraining order.

Dated: July 28, 2011                    Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General
                                        Civil Division

                                        DAVID J. KLINE
                                        Director
                                        Office of Immigration Litigation
                                        District Court Section

                                By:     /s/ Hans H. Chen
                                        HANS H. CHEN
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Telephone: (202) 307-4469
                                        Facsimile: (202) 305-7000
                                        Email: hans.h.chen@usdoj.gov
                                        Attorneys for Defendants


                                        MCGRATH CLOUD LAW

                                By:     /s/ Mary Amanda McGrath
                                        Mary Amanda McGrath
                                        Attorneys for Plaintiff


## ORDER

Pursuant to the parties' Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED as follows:

1. The time for the government to answer the complaint or file a dispositive pleading is extended to August 17, 2011;

2. The hearing on the temporary restraining order is reset from August 24, 2011, to September 14, 2011, and will be held in Courtroom 4 at 8:30 a.m. before District Judge Lawrence J. O'Neill.  The parties shall follow the briefing scheduling set forth in Local Rule 230; and

///

///

3. The scheduling conference, currently set for September 8, 2011, is reset to October 4, 2011, and will be held in Courtroom 8 at 10:00 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:   July 29, 2011**                   /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE