1  **McGRATH CLOUD LAW**
   Bobby L. Cloud, Jr., Esq. SBN 258081
2  1830 Truxtun Ave. Suite 210
   Bakersfield, CA 93301
3  Tel: (661) 323-2800

4  Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. FAZ,<br><br>           Plaintiff,<br><br>vs.<br><br>NORTH KERN STATE PRISION, et al.<br><br>           Defendants. | No.: 1:11-CV-00610-LJO-JLT<br><br>**PLAINTIFF'S ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO SUBMIT A SUR REPLY TO DEFENDANTS' REPLY ON THEIR MOTION TO DISMISS**<br><br>Date:  September 23, 2011<br>Time:  8:30 a.m.<br>Courtroom:  4 - Fresno<br>Judge:  Lawrence J. O'Neill<br>Trial Date:  none set<br>Action Filed: April 15, 2011 |

0

ORDER GRANTING PLAINTIFF'S REQUEST TO SUBMIT A SUR REPLY TO DEFENDANTS'
REPLY ON THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Plaintiff's request to submit a sur reply to Defendants' reply on Defendants' motion to dismiss the first amended complaint came on regular calendar for consideration.

The Court having read and considered the supporting and, following submission of the matter to the Court for ruling, has issued its Order as follows:

It appearing to the Court that Plaintiff has shown good cause for submit a sur reply to Defendants' Reply on Defendants' Motion to Dismiss the First Amended Complaint; it is hereby ordered that Plaintiff's request to submit the [Proposed] Sur Reply to Defendants' Reply on Defendants' Motion to Dismiss the First Amended Complaint is GRANTED.

IT IS SO ORDERED.

**Dated:   September 19, 2011**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING PLAINTIFF'S REQUEST TO SUBMIT A SUR REPLY TO DEFENDANTS'
REPLY ON THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT